**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 11-cr-00281-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS MARIA ANTILLON-ESCUDERO,

    Defendant.

_____

**ORDER TRANSFERRING CASE**
_____

    This matter is before the Court on the Government's unopposed Motion To Transfer Case To Chief Judge Daniel (Doc. # 12). For the reasons set forth in the Motion and pursuant to D.C.COLO.LCrR 50.1, C.1 and C.2, and with the approval of Chief Judge Daniel, it is hereby

    ORDERED that the Clerk of the Court transfer the above-referenced case to Chief Judge Wiley Y. Daniel.

    DATE: October __21__, 2011

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge